UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA INC., ADEIA MEDIA HOLDINGS INC.,
ADEIA MEDIA LLC, ADEIA GUIDES INC.,
ADEIA TECHNOLOGIES INC., and ADEIA
MEDIA SOLUTIONS INC.,

                              Plaintiffs,

            -against-

DIRECTV, LLC,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/20/2026

26 Civ. 238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Plaintiffs' complaint, ECF Nos. 1, 3, and Plaintiffs' proposed order to show cause why a preliminary injunction should not issue.  *See* ECF No. 21.  By **January 27, 2026**, Plaintiffs shall serve a copy of their unredacted complaint, the summons, and their proposed order to show cause with all supporting papers on Defendant DIRECTV, LLC.  *See* ECF Nos. 3, 20–26.  By that **same date**, Plaintiffs shall file proof of such service on the docket.  By **February 10, 2026**, Defendant shall respond to the proposed order to show cause.

        SO ORDERED.

Dated: January 20, 2026
        New York, New York

_____
        ANALISA TORRES
    United States District Judge