UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA INC., ADEIA MEDIA HOLDINGS INC.,
ADEIA MEDIA LLC, ADEIA GUIDES INC.,
ADEIA TECHNOLOGIES INC., and ADEIA
MEDIA SOLUTIONS INC.,

                          Plaintiffs,

          -against-

DIRECTV, LLC,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/12/2026

26 Civ. 238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Defendants' response to Plaintiff's proposed order to show cause.  *See* ECF No. 37.  Accordingly, by **February 23, 2026**, Plaintiffs may file their reply, if any.  By **that same date**, Plaintiffs shall meet and confer with Defendant concerning Plaintiffs' letter motion to seal its memorandum of law, ECF No. 24, and shall file a letter on the docket stating whether Defendant objects to any sealing request, and whether the parties have narrowed the scope of Plaintiffs' sealing request.

          SO ORDERED.

Dated: February 12, 2026
          New York, New York

_____
          ANALISA TORRES
     United States District Judge