UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA INC., ADEIA MEDIA HOLDINGS INC.,
ADEIA MEDIA LLC, ADEIA GUIDES INC.,
ADEIA TECHNOLOGIES INC., and ADEIA
MEDIA SOLUTIONS INC.,

                          Plaintiffs,

          -against-

DIRECTV, LLC,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/23/2026_____

26 Civ. 238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter seeking leave to file a motion to dismiss, ECF No. 58, as well as Plaintiff's response, ECF No. 61. Accordingly:

- By **June 4, 2026**, Defendant shall file its motion to dismiss;
- By **July 16, 2026**, Plaintiff shall respond; and
- By **July 30, 2026**, Defendant may file its reply, if any.

          SO ORDERED.

Dated: April 23, 2026
       New York, New York

_____
          ANALISA TORRES
     United States District Judge