# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ADEIA INC. et al.,

        *Plaintiffs*,

v.

DIRECTV, LLC,

        *Defendant*.

Civil Action No. 1:26-cv-00238-AT

**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' DTSA CLAIM**

**PLEASE TAKE NOTICE** that pursuant to this Court's April 23, 2026 Order (ECF 67), the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' DTSA Claim, the accompanying Declaration of Rachel M. Echols with supporting exhibits, and any matter judicially noticeable that may come to the attention of the Court, the undersigned hereby moves this Court on behalf of Defendant DIRECTV, LLC ("DIRECTV"), by its undersigned attorneys, before the Honorable Analisa Torres, United States District Judge for the United States District Court for the Southern District of New York,  500 Pearl St., New York, New York 10007, for an Order dismissing Count 1 of Plaintiffs Adeia Inc., Adeia Media Holdings Inc., Adeia Media LLC, Adeia Guides Inc., Adeia Technologies Inc., and Adeia Media Solutions Inc.'s Complaint ("Plaintiffs' Original Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: June 4, 2026

Respectfully submitted,

By:    */s/ Sharon L. Davis*
Sharon L. Davis
Michael H. Jones

1

Rachel M. Echols
Bryan B. Thompson
Benjamin H. Fishman
ROTHWELL, FIGG, ERNST & MANBECK,
P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (2020 783-6040
Facsimile: (202) 783-6031
sdavis@rothwellfigg.com
mjones@rothwellfigg.com
rechols@rothwellfigg.com
bthompson@rothwellfigg.com
bfishman@rothwellfigg.com

*Attorneys for Defendant DIRECTV, LLC*