USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/13/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA INC., ADEIA MEDIA HOLDINGS INC., ADEIA
MEDIA LLC, ADEIA GUIDES INC., ADEIA TECHNOLOGIES
INC, AND ADEIA MEDIA SOLUTIONS INC.

—————————————————, Plaintiff[s],

1:26 Civ. -00238(AT)

-against-

DIRECTV, LLC
—————————————————,

Defendant[s].

**FIRST AMENDED CIVIL
CASE MANAGEMENT PLAN
AND SCHEDULING ORDER**

ANALISA TORRES, United States District Judge:

This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Rule 26(f)(3), Fed. R. Civ. P.

1.    All parties  (consent)  (do not consent)  to conducting all further proceedings before a magistrate judge, including motions and trial.  28 U.S.C. § 636(c).   [Circle one.]  The parties are free to withhold consent without adverse substantive consequences.  [If all parties consent, the remaining paragraphs need not be completed.]

2.    This case  (is)  (is not)  to be tried to a jury.  [Circle one.]

3.    Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court pursuant to D.I. 52.

4.    Initial disclosures have already been served pursuant to D.I. 52.

5.    All <u>fact</u> discovery shall be completed no later than __August 10, 2026_____.

6.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.  The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5 above:

    a.    Requests for production of documents have all been served.
    b.    Interrogatories have all been served.
    c.    Depositions to be completed by ___August 10, 2026_____.
    d.    Requests to Admit have all been served.

-2-

7.      Expert Discovery:

    a.  All <u>expert</u> discovery shall be completed no later than September 30, 2026.
    b.  Deadline for parties to disclose any experts they intend to rely on for opening reports August 10, 2026.
    c.  Opening expert reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than August 28, 2026.
    d.  Rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than September 15, 2026.

8.      All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements, except that motions <u>in</u> <u>limine</u> may be made without a pre-motion conference on the schedule set forth in paragraph 11.  Pursuant to the authority of Rule 16(c)(2), Fed. R. Civ. P., any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference is made in writing within fourteen (14) days of the date in paragraph 5, <u>i.e.,</u> the close of fact discovery.

9.      All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10.    a.     Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed upon the following:

               _____
               _____
               _____

      b.     Counsel for the parties have discussed the use of the following alternative dispute resolution mechanisms for use in this case: (i) a settlement conference before a magistrate judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator.  Counsel for the parties propose the following alternative dispute resolution mechanism for this case: The parties agree to use a private mediator and have schedule a mediation for August 28, 2026.

      c.     Counsel for the parties recommend that the alternative dispute resolution mechanism designated in paragraph b, be employed at the following point in the case: August 28, 2026

      d.     The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11.    The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert

discovery (whichever is later).  By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the Court's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P.  Any motions in limine shall be filed after the close of discovery and before the Final Pretrial Submission Date and the pre-motion conference requirement is waived for any such motion. If this action is to be tried before a jury, proposed *voir dire* questions, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date.  Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the joint submission.  Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P.  If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12.    Counsel for the parties have conferred and their present best estimate of the length of trial is: three days.

13.    [Other items, including those in Rule 26(f)(3).]

   a.  The parties agree that Requests for production of documents should not be deemed to include a request for search of email.

------------------------------------------------------------------------------------------------------------------

**TO BE COMPLETED BY THE COURT:**

The Plan has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court in accordance with Rule 16(b), Fed. R. Civ. P.

14.    [Other]
         The case management conference currently scheduled for August 10, 2026, is
         ADJOURNED to **August 31, 2026** at **10:00 a.m.**

15.    The next Case Management Conference is scheduled for **August 31, 2026** at **10:00 a.m.**

16.    The parties are directed to file a joint status report not later than one week in advance of the Case Management Conference.  The parties should indicate whether they anticipate filing motion(s) for summary judgment and whether they believe the case should be referred to a Magistrate Judge for settlement discussions.  The parties are reminded that, pursuant to paragraph 8, a pre-motion conference request for any motion for summary judgment must be made within fourteen (14) days of the close of fact discovery.

-4-

This ORDER may not be modified or the dates herein extended, except by further order of this Court for good cause shown.  Any application to modify or extend the dates herein (except as noted in paragraph 6) shall be made in a written application in accordance with paragraph I.B. of the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

SO ORDERED.

Dated: July 13, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge