UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA INC., ADEIA MEDIA HOLDINGS
INC., ADEIA MEDIA LLC, ADEIA
GUIDES INC., ADEIA TECHNOLOGIES
INC., and ADEIA MEDIA SOLUTIONS
INC.,

                        Plaintiffs,

        -against-

DIRECTV, LLC,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _8/13/2026_____

26 Civ. 238 (AT) (SDA)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

        The above-entitled action is referred to the Honorable Stewart D. Aaron for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | **General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)** | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | **Specific Non-Dispositive Motion/Dispute Motions to seal: ECF Nos. 56, 60, 73, 79, 83, 94, 99, 105, 111, 114, 119 Discovery motions: ECF Nos. 82, 84, 102** | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

        SO ORDERED.

Dated:  August 13, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge