**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Adeia Inc., et al., | |
| Plaintiffs, | **1:26-cv-00238 (AT) (SDA)** |
| -against- | **ORDER** |
| DirecTV, LLC, | |
| Defendant. | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 123.)

The parties are directed to appear for a telephone conference on Friday, August 28, 2026, at 2:00 p.m. to discuss the various motions to seal and discovery motions. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:       New York, New York
             August 14, 2026

_____
STEWART D. AARON
United States Magistrate Judge