CALDWELL
CASSADY
CURRY

Bradley W. Caldwell
email bcaldwell@caldwellcc.com
phone 214.888.4840
fax 214.888.4849
address 2121 N. Pearl St., Suite 1200
Dallas, Texas 75201

August 18, 2026

**Via ECF:**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. The telephone conference previously scheduled for Friday, August 28, 2026 is hereby adjourned to Thursday, September 3, 2026, at 9:15 a.m.
SO ORDERED.
Dated: August 18, 2026

Re: *Adeia Inc.*, *et al. v. DIRECTV, LLC*, No. 1:26-cv-00238-AT-SDA (S.D.N.Y.)

Dear Judge Aaron:

The parties jointly and respectfully request that the Court adjourn the telephonic conference currently scheduled for August 28, 2026 at 2:00 PM. D.I. 124. The parties have retained a private mediator for an all-day mediation session on August 28 to discuss potential resolution of this action. Rescheduling the mediation at this point would result in forfeiture of the mediation fee and likely significantly delay the mediation. There have been no previous requests for adjournment. The parties do not anticipate that this requested adjournment will impact any other scheduled dates. All parties consent to this request.

Counsel for the parties can be available for an adjourned telephonic conference on September 2 or September 3.

The parties submit this request in accordance with paragraph I.C of the Court's Individual Practices. We thank the Court for its time and consideration.

Sincerely,

/s/ Bradley W. Caldwell

Bradley W. Caldwell (admitted *pro hac vice*)
New York State Bar No. 5197546
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Jonathan P. Bach
**SHAPIRO ARATO BACH LLP**
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Telephone: (212) 257-4897
jbach@shapiroarato.com

*Attorneys for Plaintiffs Adeia Inc., Adeia Media Holdings Inc., Adeia Media LLC, Adeia Guides Inc., Adeia Technologies Inc., and Adeia Media Solutions Inc.*

/s/ Sharon L. Davis

Sharon L. Davis (admitted *pro hac vice*)
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (2020 783-6040
Facsimile: (202) 783-6031
sdavis@rothwellfigg.com

*Attorneys for Defendant DIRECTV, LLC*

cc: All counsel of record via ECF system