USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA INC., ADEIA MEDIA HOLDINGS INC., ADEIA MEDIA LLC, ADEIA GUIDES INC., ADEIA TECHNOLOGIES INC., and ADEIA MEDIA SOLUTIONS INC,

Plaintiffs,

v.

DIRECTV, LLC,

Defendant.

26 Civ. 238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of the referral of this case to the Honorable Stewart D. Aaron for General Pretrial Management and the resolution of several outstanding motions, *see* ECF No. 123, the Case Management Conference scheduled for **August 31, 2026**, is adjourned *sine die.*

SO ORDERED.

Dated: August 24, 2026
New York, New York

ANALISA TORRES
United States District Judge