USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA INC., ADEIA MEDIA HOLDINGS INC., ADEIA MEDIA LLC, ADEIA GUIDES INC., ADEIA TECHNOLOGIES INC., and ADEIA MEDIA SOLUTIONS INC.,

Plaintiffs,

-against-

DIRECTV, LLC,

Defendant.

26 Civ. 238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed DIRECTV, LLC's ("DIRECTV") pre-motion letter requesting leave to move for summary judgment on Plaintiffs' breach of contract claim and trade secrets misappropriation claim, *see* ECF No. 136, and Plaintiffs' response. *See* ECF No. 141. Leave to file a motion for summary judgment is GRANTED.

By **October 13, 2026**, DIRECTV shall file its motion for summary judgment.

By **November 24, 2026**, Plaintiffs shall file their opposition.

By **December 15, 2026**, DIRECTV shall file its reply, if any.

SO ORDERED.

Dated: September 1, 2026
New York, New York

ANALISA TORRES
United States District Judge