**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Adeia Inc., et al.,**

**Plaintiffs,**

**-against-**

**DirecTV, LLC,**

**Defendant.**

**1:26-cv-00238 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. The deadline for the parties to file letters modifying and/or withdrawing their motions to seal (*see* 8/26/26 Order, ECF No. 138) is extended until September 18, 2026.

2. On June 9, 2026, the parties raised two discovery disputes regarding at-issue privilege waivers. (6/9/26 Jt. Ltr., ECF No. 78 (filed under seal at ECF No. 80); 6/9/26 Ltr. Mot., ECF No. 82 (filed under seal at ECF No. 84).) First, DirecTV argued that Adeia waived privilege with respect to the time and resources it devoted to developing its alleged trade secrets. (6/9/26 Jt. Ltr. at 1-3.) DirecTV asked the Court to find that Adeia had waived privilege and compel Adeia to respond to certain discovery requests or, in the alternative, to require Adeia to withdraw its reliance on privileged information, including its Complaint allegations. (*Id.* at 3.) Second, Adeia argued that DirecTV waived privilege regarding its conduct in preparing the declaratory judgment complaint that is the basis for Adeia's breach of contract and misappropriation of trade secrets allegations. (6/9/26 Ltr. Mot. at 1.) Adeia requested that the Court either

require DirecTV to produce certain withheld information or stipulate that it would not dispute certain factual allegations. (*See id.* at 3.) During today's conference, both sides indicated that they were not seeking to reopen fact discovery (which has been completed) and DirecTV indicated that it is not waiving privilege. The Court finds that any remaining issues regarding at-issue waiver and what the parties may or may not rely upon or argue at trial are premature and should be fully briefed. Following decision by Judge Torres on the pending dispositive motions, as well as the filing by DirecTV of its Answer, the parties may make any appropriate motion to preclude and/or motion *in limine*. The Clerk of Court is respectfully requested to terminate the motions filed at ECF Nos. 82 and 84.[1]

3. The Letter Motion filed at ECF No. 102 previously was addressed by Judge Torres through approval of the proposed Amended Case Management Plan entered on July 13, 2026. (*See* First Am. Scheduling Order, ECF No. 109.) During today's conference, the parties indicated that they were not seeking further extension of the discovery deadlines. Accordingly, the Clerk of Court is respectfully requested to terminate the motion filed at ECF No. 102.

**SO ORDERED.**

Dated: New York, New York
September 3, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge

[1] The Court notes that ECF No. 78 was not filed as a motion.