ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | Boston

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

E. Anthony Figg
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Jennifer B. Maisel
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Daniel L. Shores
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
Bryan B. Thompson*
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.
Benjamin H. Fishman
Jotham Koneri
Delon Lier*

Of Counsel
Alexandra S. Hughes
Hugham Chan

September 8, 2026

**<u>Via ECF</u>**:
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Adeia Inc.*, *et al. v. DIRECTV, LLC*, No. 1:26-cv-00238-AT-SDA (S.D.N.Y.)

Dear Judge Torres:

In light of the Court's Order granting DIRECTV leave to file a motion for summary judgment and setting a schedule for completing briefing on that motion on December 15, 2026 (D.I. 142), the parties jointly and respectfully request that the Court modify the First Amended Civil Case Management Plan and Scheduling Order (D.I. 109) as set forth below. Counsel for both parties have conferred and agreed to the proposed amended schedule.

Paragraph 11 of the First Amended Civil Case Management Plan and Scheduling Order (D.I. 109) provides that "[t]he Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later)." Consistent with Section V.B. of this Court's Individual Practices, which provides that the parties file a proposed joint pretrial order within thirty days after the Court's decision on a dispositive motion, the parties respectfully request that the Final Pretrial Submission Date be amended to forty-five (45) days after the Court's decision on DIRECTV's motion for summary judgment. The additional time will avoid unnecessary expenses and inefficiencies and will allow the parties to submit a Joint Pretrial Order (and other filings with deadlines keyed to the Final Pretrial Submission Date) in view of the Court's decision on DIRECTV's motion for summary judgment. The parties have also agreed to confer in advance of the Court's decision on dispositive motions to set a schedule for the exchange of pre-trial documents during the 45-day period.

ROTHWELL FIGG



The current and proposed amended deadlines are as follows:

| Deadline | Current Date (D.I. 109) | Proposed Amended Date |
|---|---|---|
| Final Pretrial Submission Date | October 30, 2026 | 45 days after the Court's decision on DIRECTV's motion for summary judgment |

The proposed amended schedule modifies paragraph 11 of the Court's Order at D.I. 109. The parties are not seeking to extend any fact or expert discovery deadlines, and a trial has not yet been scheduled.

This is the parties' first request to the Court to extend this deadline, and the parties' second request for an extension of deadlines in this case, which was granted by the Court. *See* D.I. 102.

The parties submit this request in accordance with paragraph I.B of the Court's Individual Practices and the timing requirement in D.I. 109. We thank the Court for its time and consideration.

Sincerely,

*/s/ Sharon L. Davis*

Sharon L. Davis (admitted *pro hac vice*)
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
sdavis@rothwellfigg.com

*Attorneys for Defendant DIRECTV, LLC*

*/s/ Bradley W. Caldwell*

Bradley W. Caldwell (admitted *pro hac vice*)
New York State Bar No. 5197546
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Jonathan P. Bach
**SHAPIRO ARATO BACH LLP**
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Telephone: (212) 257-4897
jbach@shapiroarato.com

*Attorneys for Plaintiffs Adeia Inc., Adeia Media Holdings Inc., Adeia Media LLC, Adeia Guides Inc., Adeia Technologies Inc., and Adeia Media Solutions Inc.*

cc: All counsel of record via ECF system