ENDORSEMENT: Defendant's filings related to the *Daubert* motion shall be treated as timely.
SO ORDERED.
Dated: October 16, 2026

ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

E. Anthony Figg
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Jennifer B. Maisel
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols

Daniel L. Shores
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
Bryan B. Thompson*
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins
Michael A. Saunders
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.
Benjamin H. Fishman
Jotham Koneri

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Of Counsel
Alexandra S. Hughes
Hugham Chan

October 14, 2026

*via ECF*

Honorable Stewart D. Aaron
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Adeia Inc., et al. v. DIRECTV, LLC*, Case No. 1:26-cv-00238-AT-SDA

Dear Judge Aaron:

We represent Defendant DIRECTV, LLC ("DIRECTV") in the above-referenced case, which was filed on January 12, 2026. DIRECTV respectfully submits this letter to inform the Court as to technical issues that delayed the filing of some of DIRECTV's papers relating to its *Daubert* motion. Specifically, during the evening hours of October 13, 2026, our office was largely unable to access the PACER filing system to file documents and eventually was unable to access PACER at all for filings. To avoid any prejudice to Adeia, DIRECTV advised Adeia of the technical difficulties and served by email on opposing counsel the documents and exhibits relating to DIRECTV's *Daubert* motion that it had been unable to successfully file. Although some technical issues persist, those documents have now been filed as of the morning of October 14. We called the Southern District of New York ECF Helpdesk the morning of October 14 and were informed that they have been experiencing technical difficulties since yesterday, October 13, which had not been resolved as of the time of that call. We respectfully request the Court provide any necessary and available relief, including accepting the filing of these documents on October 14.

If the Court has any questions with respect to this issue, we are available to provide any additional information.

Respectfully submitted,

Sharon L. Davis

Sharon L. Davis

cc: Counsel of record (via ECF)