**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Adeia Inc., et al.,**<br>**Plaintiffs,**<br>**-against-**<br>**DirecTV, LLC,**<br>**Defendant.** | **1:26-cv-00238 (AT) (SDA)**<br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court has reviewed Plaintiffs' Motion for Reconsideration, filed October 12, 2026. (*See* redacted version at ECF No. 164; sealed version at ECF No. 166.) Because Plaintiffs address two narrow additional redactions that align with the Court's reasoning in its October 5, 2026 Order (ECF No. 161), and Defendant has filed no opposition, the Motion for Reconsideration is hereby GRANTED. The Clerk of Court is respectfully requested to terminate the gavels at ECF Nos. 164 and 166. Plaintiffs' Motion to Seal (ECF No. 165) is also GRANTED.

**SO ORDERED.**

Dated: New York, New York
October 28, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge