ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

G. Franklin Rothwell (1928-2011)
Harry F. Manbeck, Jr. (1926-2025)

E. Anthony Figg
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Jennifer B. Maisel
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Daniel L. Shores
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
Bryan B. Thompson*
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.
Benjamin H. Fishman
Jotham Koneri
Delon Lier*

Of Counsel
Alexandra S. Hughes
Hugham Chan

November 17, 2026

*via ECF*

Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Adeia Inc., et al. v. DIRECTV, LLC*, Case No. 1:26-cv-00238-AT-SDA

Dear Judge Torres:

In view of the Court's Order granting DIRECTV's Motion to Dismiss Plaintiffs' DTSA Claim, with leave to amend by December 14, 2026, and further declining to exercise supplemental jurisdiction over Plaintiffs' state law breach of contract claim (ECF 234), the parties jointly and respectfully request that the Court stay all remaining deadlines related to DIRECTV's Motion for Summary Judgment, including Plaintiffs' opposition, currently due November 24, 2026, and DIRECTV's reply, currently due December 15, 2026. *See* ECF 142.

Because the Order disposed of every count in the Complaint, no claims are currently pending, subject to Plaintiffs' right to file an amended complaint under the Order. The parties therefore propose that the current deadlines related to summary judgment briefing be stayed, which will avoid unnecessary expense and promote judicial efficiency. If Adeia files an Amended Complaint as permitted by the Court's Order, the parties will submit a joint proposed schedule for any stayed deadline within fourteen (14) days after the later of: (1) any answer filed by DIRECTV to an Amended Complaint filed by Adeia or (2) any decision by the Court denying any motion to dismiss the Amended Complaint.

Counsel for both parties have conferred and agreed to the foregoing proposal. We thank the Court for its time and consideration.

Sincerely,

*/s/ Sharon L. Davis*

Sharon L. Davis (admitted *pro hac vice*)
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
sdavis@rothwellfigg.com

*Attorneys for Defendant DIRECTV, LLC*

*/s/ Bradley W. Caldwell*

Bradley W. Caldwell (admitted *pro hac vice*)
New York State Bar No. 5197546
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Jonathan P. Bach
**SHAPIRO ARATO BACH LLP**
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Telephone: (212) 257-4897
jbach@shapiroarato.com

*Attorneys for Plaintiffs Adeia Inc., Adeia Media Holdings Inc., Adeia Media LLC, Adeia Guides Inc., Adeia Technologies Inc., and Adeia Media Solutions Inc.*

cc: All counsel of record via ECF system