USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/19/2026

ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Jennifer B. Maisel
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols

Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
Bryan B. Thompson*
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.
Benjamin H. Fishman
Jotham Koneri
Delon Lier*

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Of Counsel
Alexandra S. Hughes
Hugham Chan

November 17, 2026

*via ECF*

Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Adeia Inc., et al. v. DIRECTV, LLC*, Case No. 1:26-cv-00238-AT-SDA

Dear Judge Torres:

In view of the Court's Order granting DIRECTV's Motion to Dismiss Plaintiffs' DTSA Claim, with leave to amend by December 14, 2026, and further declining to exercise supplemental jurisdiction over Plaintiffs' state law breach of contract claim (ECF 234), the parties jointly and respectfully request that the Court stay all remaining deadlines related to DIRECTV's Motion for Summary Judgment, including Plaintiffs' opposition, currently due November 24, 2026, and DIRECTV's reply, currently due December 15, 2026. *See* ECF 142.

Because the Order disposed of every count in the Complaint, no claims are currently pending, subject to Plaintiffs' right to file an amended complaint under the Order. The parties therefore propose that the current deadlines related to summary judgment briefing be stayed, which will avoid unnecessary expense and promote judicial efficiency. If Adeia files an Amended Complaint as permitted by the Court's Order, the parties will submit a joint proposed schedule for any stayed deadline within fourteen (14) days after the later of: (1) any answer filed by DIRECTV to an Amended Complaint filed by Adeia or (2) any decision by the Court denying any motion to dismiss the Amended Complaint.

Counsel for both parties have conferred and agreed to the foregoing proposal. We thank the Court for its time and consideration.

Because no claims are currently pending in this action, DIRECTV's motion for summary judgment is DENIED without prejudice to renewal upon the filing of an amended complaint. The Clerk of Court is respectfully directed to terminate ECF No. 179 and all related deadlines.

SO ORDERED.

Dated: November 19, 2026
New York, New York

ANALISA TORRES
United States District Judge