**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Adeia Inc., et al.,**

**Plaintiffs,**

**-against-**

**DirecTV, LLC,**

**Defendant.**

**1:26-cv-00238 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Currently pending before the Court are motions to seal filed by the parties in connection with dispositive and expert-related motions.[1] (*See* Pls.' 10/13/26 Ltr. Mot., ECF No. 171; Def.'s 10/14/26 Ltr. Mot., ECF No. 177; Def.'s 10/14/26 Ltr. Mot., ECF No. 191; Def.'s 11/10/26 Ltr. Mot., ECF No. 226; Pls.' 11/10/26 Ltr. Mot., ECF No. 231.) In prior Orders of the Court, the Court has set forth the relevant legal standards for sealing. (*See* 7/2/26 Order, ECF No. 93, at 4-5; *see also* 10/5/26 Order, ECF No. 161, at 4-5.) Applying the legal standards, after review of the motions to seal and the documents to which they relate, the Court finds that the parties have made a proper showing that the need to keep certain business and financial information confidential overcomes the presumption of public access. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). In addition, the proposed redactions are narrowly tailored, as required. *See id*.

Accordingly, the subject motions to seal (ECF Nos. 171, 177, 191, 226 and 231) are GRANTED.

**SO ORDERED.**

[1] The underlying motions to which the motions to seal relate were denied without prejudice yesterday. (*See* 11/19/26 Mem. Ends., ECF Nos. 237 & 238.)

Dated: New York, New York
November 20, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge